UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LISA MILLS, individually and on behalf of
all others similarly situated,

        JUDGMENT
        19-CV-2558 (LDH) (ST)

       Plaintiff,

  v.

CLIENT SERVICES, INC.,

       Defendant.
---------------------------------------------------------------X

A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on September 10, 2020, granting Defendant's motion to dismiss; it is

ORDERED and ADJUDGED that Defendant's motion to dismiss is granted.

Dated: Brooklyn, New York          Douglas C. Palmer
      September 11, 2020         Clerk of Court

                              By:    _/s/Jalitza Poveda_
                                           Deputy Clerk